UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON HOLLADY et al.,

       Petitioners,

                                  CASE NO. 07-15300
v.                             HONORABLE PAUL D. BORMAN

PEOPLE OF THE STATE OF MICHIGAN,

       Respondent.
_____/

## **JUDGMENT**

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered.

It is **ORDERED** and **ADJUDGED** that petitioner's writ of habeas corpus is **DISMISSED.**

                                              DAVID WEAVER
                                              CLERK OF THE COURT

                                              By:  s/Denise Goodine
                                              Denise Goodine, Deputy Clerk

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record by electronic means or U.S. Mail on January 7, 2008.

                                              s/Denise Goodine
                                              Case Manager